# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

JoAnne Downey,                        :
                    Petitioner       :
                                     :
          v.                         :        No. 298 C.D. 2016
                                     :
Unemployment Compensation            :
Board of Review,                     :
                    Respondent       :

# **O R D E R**

NOW, January 4, 2017, upon consideration of petitioner's application for reconsideration and respondent's no-answer letter in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge